Jose A. Montalvo, Esq. (SBN: 184484)
LAW OFFICES OF JOHN A. BIARD
215 Lennon Lane, Suite 200
Walnut Creek, California 94598
Telephone No:  (925) 945-4491
Facsimile No:   (855) 668-5559
E-Mail Address:  JAMONTAL@travelers.com

Attorneys for Defendant,
BAIN ULTRA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DANA HAMILTON and STAN HAMILTON,<br><br>    Plaintiffs,<br><br>v.<br><br>THE COTTAGES OF NAPA VALLEY, LLC, and BAIN ULTRA, INC.,<br><br>    Defendants.<br>_____<br>BAIN ULTRA INC.,<br><br>    Cross-Claimant,<br><br>v.<br><br>THE COTTAGES OF NAPA VALLEY, LLC,<br><br>    Cross-Defendant. | Case No:  C-13-4936 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT HEARING** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
HEARING
Page (1)

|   |   |
|---|---|
| 1 | BAIN ULTRA INC., |
| 2 |            Third-Party Plaintiff, |
| 3 | v. |
| 4 | |
| 5 | LUCITE INTERNATIONAL, INC., |
| 6 |            Third-Party Defendant. |

```
1    BAIN ULTRA INC.,
2                   Third-Party Plaintiff,
3    v.
4
5    LUCITE INTERNATIONAL, INC.,
6                   Third-Party Defendant.
7    ─────────────────────────────
8    LUCITE INTERNATIONAL, INC.,
9                   Third-Party
10                  Counter-Claimant,
11   v.
12   BAIN ULTRA INC.
13                  Counter-Defendant.
14   ─────────────────────────────
15   LUCITE INTERNATIONAL, INC.
16                  Third-Party
17                  Cross-Claimant,
18   v.
19   THE COTTAGES OF NAPA VALLEY,
20   LLC,
21                  Cross-Defendant.
22
23
24       It is hereby stipulated by the Parties, through their respective counsel, that the time
25   for the case management hearing currently on calendar for Thursday, February 20, 2014,
26   be continued approximately forty five (45) days.  Good cause exists for the Court to grant
27
28       STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
                                     HEARING
                                     Page (2)
```

this Order as Defendant Lucite International Inc. has filed a Counter-Claim against Defendant Bain Ultra, Inc., thus, the case is not yet at issue.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 3, 2014     LAW OFFICES OF JOHN A. BIARD

BY: /s/ JOSE A. MONTALVO, ESQ.
JOSE A. MONTALVO, ESQ.
Attorneys for Defendant, Cross-Claimant and Counter-Defendant,
BAIN ULTRA, INC.

Dated: February 3, 2014     SCHAFFER, LAX, McNAUGHTON & CHEN

BY: /s/ JILL A. FRANKLIN, ESQ.
KEVIN J. McNAUGHTON, ESQ.
JILL A. FRANKLIN, ESQ.
Attorneys for Third Party Defendant, Counterclaimant and Cross-Claimant
LUCITE INTERNATIONAL, INC.

Dated: February 2, 2014     HILDEBRAND, McLEOD & NELSON, INC.

BY: /s/ ANTHONY S. PETRU, ESQ.
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiffs
DANA HAMILTON and
STAN HAMILTON

Dated: February 3, 2014     STRATMAN, PATTERSON & HUNTER

BY: /s/ P. RICHARD COLOMBATTO, ESQ.
P. Richard Colombatto, Esq.
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant THE COTTAGES OF NAPA VALLEY, LLC

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the case management hearing be continued to _____April 17_____, 2014.

Dated: _____2/6_____, 2014

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

(i)
PROOF OF SERVICE