Anthony S. Petru, Esq., State Bar No. 91399
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL: (510)451-6732
FAX: (510)465-7023

Courtney B. Brown, Esq. (Pro Hac Vice)
BURGE & BURGE LAW FIRM
Suite 850 - Park Place Tower
2001 Park Place North
Birmingham, AL 35203
TEL: (205)251-9000
FAX: (205)323-0512

Attorneys for Plaintiffs
DANA HAMILTON and STAN HAMILTON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA HAMILTON and STAN HAMILTON, <br><br> Plaintiffs, <br><br> vs. <br><br> THE COTTAGES OF NAPA VALLEY, LLC, and BAIN ULTRA, INC., <br><br> Defendants. | CASE NO. C-13-4936 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| BAIN ULTRA, INC., <br><br> Cross-Complainant, <br><br> vs. <br><br> THE COTTAGES OF NAPA VALLEY, LLC., <br><br> Cross-Defendant. | |

| | |
|---|---|
| 1 | **BAIN ULTRA, INC.,**           ) |
| 2 |       **Third-Party Plaintiff,**     ) |
| 3 | vs.                              ) |
|   | **LUCITE INTERNATIONAL,**     ) |
| 4 |                                  ) |
|   |       **Third-Party Defendant.**    ) |
| 5 | _____) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

(1)  The parties agree to participate in Private ADR (Private Mediation). Mediator has not yet been chosen.

(2)  The parties agree to hold the ADR session after discovery deadline set at Case Management Conference.

                                    Respectfully submitted,
                                    BURGE & BURGE LAW FIRM

Dated: April 8, 2014                By: /s/ COURTNEY B. BROWN
                                        COURTNEY B. BROWN, ESQ.
                                        (Pro Hac Vice)
                                        Attorneys for the Plaintiffs, DANA
                                        HAMILTON and STAN HAMILTON

Dated: April 8, 2014                HILDEBRAND, McLEOD & NELSON, INC.

                                    BY: /s/ ANTHONY S. PETRU, ESQ.
                                        ANTHONY S. PETRU, ESQ.
                                        Attorneys for Plaintiffs
                                        DANA HAMILTON and
                                        STAN HAMILTON

Dated: April 8, 2014                LAW OFFICES OF JOHN A. BIARD

                                    BY: /s/ JOSE A. MONTALVO
                                        JOSE A. MONTALVO, ESQ.
                                        Attorneys for Defendant, Cross-
                                        Claimant and Counter-Defendant
                                        BAIN ULTRA, INC.

| | | |
|---|---|---|
| 1 | Dated: April 8, 2014 | SCHAFFER, LAX, McNAUGHTON & CHEN |
| 2 | | |
| 3 | | BY: /s/ KEVIN J. McNAUGHTON |
| | | KEVIN J. McNAUGHTON, ESQ. |
| 4 | | Attorneys for Third Party Defendant, Counterclaimant and Cross-Claimant |
| 5 | | LUCITE INTERNATIONAL, INC. |
| 6 | Dated: April 8, 2014 | SCHAFFER, LAX, McNAUGHTON & CHEN |
| 7 | | |
| 8 | | BY: /s/ JILL A. FRANKLIN |
| | | JILL A. FRANKLIN, ESQ. |
| 9 | | Attorneys for Third Party Defendant, Counterclaimant and Cross-Claimant |
| 10 | | LUCITE INTERNATIONAL, INC. |
| 11 | Dated: April 8, 2014 | STRATMAN, PATTERSON & HUNTER |
| 12 | | BY: /s/ P. RICHARD COLOMBATTO |
| | | P. RICHARD COLOMBATTO |
| 13 | | Attorneys for Defendant, Cross-Claimant, and Cross-Defendant |
| 14 | | THE COTTAGES OF NAPA VALLEY, LLC |

**PROPOSED ORDER**

_____ The parties' stipulation is adopted and IT IS SO ORDERED.

__x__ The parties' stipulation is modified as follows, and IT IS SO ORDERED.
(Private mediation is to be completed by 7/15/14)

Dated: 4/15/14

UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3