1   Anthony S. Petru, Esq.,State Bar No. 91399
    HILDEBRAND, McLEOD & NELSON, INC.
2   Westlake Building
    350 Frank H. Ogawa Plaza, Fourth Floor
3   Oakland, CA 94612-2006
    TEL: (510)451-6732
4   FAX: (510)465-7023

5   Courtney B. Brown, Esq. (Pro Hac Vice)
    BURGE & BURGE LAW FIRM
6   Suite 850 - Park Place Tower
    2001 Park Place North
7   Birmingham, AL 35203
    TEL: (205)251-9000
8   FAX: (205)323-0512

9   Attorneys for Plaintiffs
    DANA HAMILTON and STAN HAMILTON

10

11                  UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
12

13  **DANA HAMILTON and STAN**          )     **CASE NO. C-13-4936 EMC**
    **HAMILTON,**                        )
                                         )
14         **Plaintiffs,**               )     **STIPULATION AND ~~[PROPOSED]~~**
                                         )     **ORDER TO EXTEND MEDIATION**
15  **vs.**                              )     **DEADLINE**
                                         )
16  **THE COTTAGES OF NAPA**             )
    **VALLEY, LLC, and BAIN**            )
17  **ULTRA, INC.,**                     )
                                         )
18         **Defendants.**               )
    ——————————————————————               )
19                                       )
    **BAIN ULTRA, INC.,**                )
20                                       )
           **Cross-Complainant,**        )
21                                       )
    **vs.**                              )
22                                       )
    **THE COTTAGES OF NAPA**             )
23  **VALLEY, LLC.,**                    )
                                         )
24         **Cross-Defendant.**          )
    ——————————————————————               )
25

26         It is hereby stipulated by the parties, through their respective counsel, that the mediation

27  deadline date of July 15, 2014, be extended to August 8, 2014.  Good cause exists for the Court

28  to grant this Order, as the parties and the agreed upon mediator, Mike Ornstil, were unable to

1   schedule the mediation until August 8, 2014, which was the first convenient date for everyone

2   involved.

3        IT IS SO STIPULATED.

4

5

6   Dated: June 17, 2014         By: /s/ COURTNEY B. BROWN

7                        Courtney B. Brown
                       (Pro Hac Vice)

8                        Burge & Burge Law Firm
                       Suite 850 - Park Place Tower

9                        2001 Park Place North
                       Birmingham, AL 35203

10                       Telephone: 205-251-9000
                       Facsimile: 205-251-9000

11                       E-Mail: cbb@burge-law.com

12   Dated: June 17, 2014         By: /s/ ANTHONY S. PETRU
                       Anthony S. Petru

13                       Hilderbrand, McLeod & Nelson, Inc.
                       Westlake Building

14                       350 Frank H. Ogawa Plaza, Fourth Floor
                       Oakland, CA 94612-2006

15                       Telephone: (510) 451-6732
                       Facsimile: (510)465-7023

16                       E-Mail: petru@hmnlaw.com

17   Dated: June 17, 2014         By: /s/ RYAN OTIS
                       Ryan Otis

18                       Hilderbrand, McLeod & Nelson, Inc.
                       Westlake Building

19                       350 Frank H. Ogawa Plaza, Fourth Floor
                       Oakland, CA 94612-2006

20                       Telephone: (510) 451-6732
                       Facsimile: (510)465-7023

21                       E-Mail: otis@hmnlaw.com

22   Dated: June 17, 2014         By: /s/ JOSE A. MONTALVO
                       Jose A. Montalvo

23                       Law Offices of John A. Biard
                       215 Lennon Lane, Suite 200

24                       Walnut Creek, CA 94598
                       Telephone: (925) 945-4491

25                       Facsimile: (925) 668-5559
                       E-Mail: jamontal@travelers.com

26

27

28                             2

Dated: June 17, 2014_____        By: /s/ P. RICHARD COLOMBATTO_____
                                    Stratman, Patterson & Hunter
                                    505 14th Street, Suite 400
                                    Oakland, CA 94612-1913
                                    Telephone: (510) 457-3440
                                    Facsimile: (510-238-8968
                                    E-Mail: rich.colombatto@farmersinsurance.com


**ORDER**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the mediation deadline be extended to August 8, 2014.


Dated: June 20, 2014_____        _____
                                    HONORABLE VINCE CHHABRIA

3