```
 1  Jose A. Montalvo, Esq. (SBN: 184484)
    LAW OFFICES OF JOHN A. BIARD
 2  215 Lennon Lane, Suite 200
    Walnut Creek, California 94598
 3  Telephone No: (925) 945-4491
 4  Facsimile No:  (855) 668-5559
    E-Mail Address: JAMONTAL@travelers.com
 5
 6  Attorneys for Defendant,
    BAIN ULTRA, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DANA HAMILTON and STAN HAMILTON, | Case No: C-13-4936 VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| v. | |
| THE COTTAGES OF NAPA VALLEY, LLC, and BAIN ULTRA, INC., | |
| Defendants. | |
| BAIN ULTRA INC., | |
| Cross-Complainant, | |
| v. | |
| THE COTTAGES OF NAPA VALLEY, LLC, | |
| Cross-Defendant. | |

It is hereby stipulated by the parties, through their respective counsel, that the mediation deadline date of August 8, 2014, be extended to September 9, 2014. The mediation is now scheduled for September 9, 2014. Good cause exists for the Court to

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Page (1)

grant this Order, as the parties have set the depositions of the parties, however, the depositions are scheduled to be taken a week before the August 8, 2014 deadline and although a mediation had been set, the chances of it being fruitful were low especially if it is determined that Plaintiff is claiming residuals. Thus, the parties respectfully request that the court allow an additional 60 days by which to complete mediation in an effort to allow the best opportunity for the case to settle.

Respectfully submitted,

Dated: July 30, 2014    LAW OFFICES OF JOHN A. BIARD

BY:    /s/ JOSE A. MONTALVO
       JOSE A. MONTALVO
       Attorneys for Defendant,
       BAIN ULTRA, INC.

Dated: July 30, 2014    BURGE & BURGE LAW FIRM

BY:    /s/ COURTNEY B. BROWN
       COURTNEY B. BROWN
       (Pro Hac Vice)
       Attorneys for Plaintiffs
       DANA HAMILTON AND STAN
       HAMILTON

Dated: July 30, 2014    HILDERBRAND, McLEOD & NELSON, INC.

BY:    /s/ ANTHONY S. PETRU
       ANTHONY S. PETRU
       Attorneys for Plaintiffs
       DANA HAMILTON AND STAN
       HAMILTON

| | | |
|---|---|---|
| Dated: July 30, 2014 | | HILDERBRAND, McLEOD & NELSON, INC. |
| | BY: | /s/ RYAN OTIS |
| | | RYAN OTIS |
| | | Attorneys for Plaintiffs |
| | | DANA HAMILTON AND STAN HAMILTON |
| | | |
| Dated: July 30, 2014 | | STRATMAN, PATTERSON & HUNTER |
| | BY: | /s/ RICHARD COLOMBATTO |
| | | RICHARD COLOMBATTO |
| | | Attorneys for Defendant |
| | | THE COTTAGES OF NAPA VALLEY |

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the mediation deadline be extended to September 9, 2014.

Dated: ~~July~~ August 1, 2014

_____
HONORABLE VINCE CHHABRIA

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Page (3)