Jose A. Montalvo, Esq. (SBN: 184484)
LAW OFFICES OF JOHN A. BIARD
215 Lennon Lane, Suite 200
Walnut Creek, California 94598
Telephone No: (925) 945-4491
Facsimile No: (855) 668-5559
E-Mail Address: JAMONTAL@travelers.com

Attorneys for Defendant,
BAIN ULTRA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DANA HAMILTON and STAN HAMILTON,<br><br>            Plaintiffs,<br>v.<br><br>THE COTTAGES OF NAPA VALLEY, LLC, and BAIN ULTRA, INC.,<br><br>            Defendants.<br>_____<br>BAIN ULTRA INC.,<br><br>            Cross-Complainant,<br>v.<br><br>THE COTTAGES OF NAPA VALLEY, LLC,<br><br>            Cross-Defendant. | Case No: C-13-4936 VC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL** |

TO THE COURT AND TO ALL PARTIES:

Plaintiffs Dana Hamilton and Stan Hamilton and defendants BainUltra, Inc. and The Cottages of Napa Valley, LLC stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action.

JOINT STIPULATION AND ORDER FOR DISMISSAL
Page (1)

Cross-Complainant BainUltra, Inc. stipulates to jointly request that this Court enter a dismissal with prejudice of their Cross-Complaint against Cross-defendant The Cottages of Napa Valley, LLC in the above-entitled action.

Respectfully submitted,

Dated: December 18, 2014          LAW OFFICES OF JOHN A. BIARD

                                        BY:   /s/ JOSE A. MONTALVO
                                                   JOSE A. MONTALVO
                                                   Attorneys for Defendant,
                                                   BAIN ULTRA, INC.

Dated: December 29, 2014          BURGE & BURGE LAW FIRM

                                        BY:   /s/ COURTNEY B. BROWN
                                                   COURTNEY B. BROWN (Pro Hac Vice)
                                                   Attorneys for Plaintiffs,
                                                   DANA HAMILTON and
                                                   STAN HAMILTON

Dated: December 26, 2014          HILDEBRAND, McLEOD & NELSON, INC.

                                        BY:   /s/ ANTHONY S. PETRU
                                                   ANTHONY S. PETRU
                                                   Attorneys for Plaintiffs
                                                   DANA HAMILTON and STAN HAMILTON

Dated: January 5, 2015            STRATMAN, PATTERSON & HUNTER

                                        BY:   /s/ P. RICHARD COLOMBATTO
                                                   P. RICHARD COLOMBATTO
                                                   Attorneys for Defendant, Cross-Claimant,
                                                   and Cross-Defendant
                                                   THE COTTAGES OF NAPA VALLEY, LLC

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED that Plaintiffs Dana Hamilton and Stan Hamilton's Complaint against Defendants BainUltra, Inc. and The Cottages of Napa Valley, LLC is hereby dismissed with prejudice in its entirety.

Pursuant to Stipulation, IT IS SO ORDERED that Cross-Complainant Bain Ultra, Inc.'s Cross-Complaint against Cross-defendant The Cottages of Napa Valley, LLC is hereby dismissed with prejudice in its entirety.

DATED: January 21, 2015

_____
HONORABLE VINCE CHHABRIA